UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                      Case No. 13-33444-DHW
                                                           Chapter 13
CHASITY TOLIN,

    Debtor.

### CONDITIONAL ORDER DISMISSING BANKRUPTCY CASE

The chapter 13 trustee filed a motion (Doc. # 26) under 11 U.S.C. § 1307 to dismiss this case because of a material default by the debtor in payments under the confirmed chapter 13 plan.

The motion came on for hearing on November 9, 2015, at which time the debtor requested additional time to consider the conversion of this case to a case under chapter 7. Accordingly, it is

ORDERED that this bankruptcy case is DISMISSED effective **10** days from the date of this order unless the debtor converts the case to a case under chapter 7 on or before the effective date.

Done this 9th day of November, 2015.

*Dwight A. Williams, Jr.*
Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:  Debtor
    Joshua C. Milam, Attorney for Debtor
    Curtis C. Reding, Trustee
    All Creditors